UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jong Bu Wang,<br><br>          Plaintiff,<br> v.<br><br>Keeper Holdings, Inc, Katy Lee and Steven Yang<br><br>          Defendants, | Index No. 24-CV-00672<br><br>**DECLARATION OF RYAN KIM** |

I, Ryan Kim, declare as follows:

1. I am the principal attorney at Ryan Kim Law, P.C. ("RKL"). RKL specializes in representing employees in all aspects of employment laws in state and federal courts.

2. I submit this declaration in support of Plaintiff's request for an award of attorney's fees and costs.

3. A copy of RKL's contemporaneous time records and costs is annexed hereto.

4. I have been the attorney primarily responsible for the prosecution of the claims in this matter and am personally familiar with the facts and circumstances discussed herein.

5. I respectfully submit this declaration in support of Plaintiff's Fee Petition.

**Background and Experience**

6. I received a B.A. in Economics from the University of Michigan/Ann Arbor, a Juris Doctor from the George Washington University National Law Center in Washington D.C., 2002, and a Tax LLM from the Northwestern Pritzker School of Law, Chicago, Illinois in 2003.

7. I passed the New York and New Jersey bar exams in 2002 and passed the Illinois bar exam in 2004. I am admitted to the bars of the United States District Courts for the Eastern,

1

Southern, and Northern Districts of New York, the United States District of New Jersey, and the United States District Northern District of Illinois trial bar and general bar as well as the United States Court of Appeals for the Second Circuit and the Seventh Circuit. I am a member in good standing of each of these bars. I have been practicing as an attorney for over 23 years and am a member of the New York, New Jersey, and Illinois bars. I have litigated over 300 wage and hour cases alone, on behalf of hundreds of workers, including several high-profile class actions. I have been counsel for plaintiffs in hundreds of state and/or federal class and collective action lawsuits, including the Northern District of Illinois, Southern, Eastern, and Northern District of New York, and the New Jersey District Courts. I billed at a rate of $550.00 per hour.

8. I was born and grew up in Seoul, Korea. After graduating from high school, I came to the U.S. in 1990 to attend college. Korean is my native language. My specialty is practicing labor and employment law, serving the Korean community, which, due to the language barrier, requires attorneys who can speak fluent English and Korean. Being able to communicate with the plaintiff in Korean throughout the pendency of this case was fundamental in successfully litigating this case. Clients can express their thoughts clearly and minimize miscommunication or "lost in translation" issue that often occur when an interpreter is involved.

9. Associate Youngchae Cho is a graduate of Syracuse University, Syracuse, New York (BA) and Rutgers University School of Law, Newark, New Jersey (JD). Mr. Cho passed the New York Bar Exam in July 2025 and is scheduled to be admitted to the New York Bar in January 2026. He is a fluent speaker of English and Korean. Prior to joining RKL, Mr. Cho worked at the New Jersey Superior Court, Appellate Division, as a Judicial Intern. Mr. Choi billed at a rate of $350.00 per hour.

2

10. Ms. Jia Choi is a senior paralegal at RKL, where she has worked as a paralegal since 2013. She holds a BA in French Language and Literature from Kyoungwon University in Korea. Before joining RKL, Jia worked in the International Trading division at Hewlett-Packard Korea. Since joining the firm, she has focused on labor and employment litigation, bringing a wealth of experience and dedication to her role. Jia is fluent in English and Korean, the Plaintiff's native language, and has provided essential administrative and legal support in this matter. She has over 12 years of experience in labor/employment litigation. Ms. Choi billed at a rate of $200 per hour.

11. Counsel's skill and experience were directly responsible for achieving a jury verdict, which supports granting the requested fees.

12. Based on counsel's extensive experience in this type of litigation and their deep familiarity with the factual and legal issues in this case, the jury verdict represents success for the Plaintiffs.

**Legal Fees and Expenses**

13. Ryan Kim Law, P.C. has spent 426.10 hours of attorney, associate, and paralegal hours prosecuting this case. Multiplying by these hours by the hourly rate of each attorney, associate, and paralegal in a lodestar amount of $171,862.00. Contemporaneous time records are attached hereto.

14. To date, Ryan Kim Law, P.C. has incurred actual legal expenses of approximately $13,113.38. An itemized list of my firm's out-of-pocket expenses is attached hereto. I affirm that the amounts itemized therein are the actual costs expended by my firm in furtherance of this matter.

15. Counsel ordinarily and regularly bills legal time on an hourly fee basis by the tenth of an hour, based on each attorney's standard hourly rate. Currently, counsel's rates are $550.00 per Ryan Kim's hour, $350 for Youngchae Cho and $200 per hour for his paralegal's hour in Southern District and Eastern District of New York. The firm's paying clients regularly accept and pay Ryan Kim Law, P.C.'s hourly rate.

16. Ryan Kim Law. P.C. has handled multiple FLSA trial cases that reached a verdict. Most recently, it won a jury trial held from June 16, 2025 to June 18, 2025, in the Eastern District of New York (EDNY). It also won a jury trial held in ILND from November 4 to 9, 2024. In April of 2023, it won a jury trial before Judge Amon, and the total judgment from that case currently stands over one million dollars.

17. Ryan Kim Law, P.C. undertook to prosecute this action without any assurance of payment for their services, litigating this case on a wholly contingent basis in the face of tremendous risk. Ryan Kim Law, P.C. stood to gain nothing in the event the case was unsuccessful.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on the 28th of December 2025.

/s/ Ryan Kim
Ryan J. Kim

Ryan Kim Law, P.C.
222 Bruce Reynolds Blvd. Suite 490
Fort Lee, NJ 07024
Attorney for Plaintiff