

# Ryan Kim Law, P.C.

## INVOICE

222 Bruce Reynolds Blvd
Ste 490
Fort Lee, NJ 07024
US
ryankimlaw@gmail.com
www.RyanKimLaw.com
O: (201) 897-8787

| | |
|---|---|
| Number | 126 |
| Issue Date | 12/28/2025 |
| Due Date | 12/28/2025 |
| Matter | 246 - Keeper Holdings Inc |

Time Entries

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| Communicate (with client)<br>12/7/2023<br>Phone call with client | Jia Choi | $200.00 | 0.10 | $20.00 |
| Communicate (with client)<br>1/17/2024<br>Meeting with client to learn about her case. No paystub, no time of hire wage notice, no OT ever paid. OT liability under NYLL. H&W Employer. Heartloom work. | Ryan J Kim | $550.00 | 2.50 | $1,375.00 |
| Communicate (with client)<br>1/22/2024<br>Phone call with client | Jia Choi | $200.00 | 0.30 | $60.00 |
| Communicate (with client)<br>1/24/2024<br>Phone call with client | Jia Choi | $200.00 | 0.10 | $20.00 |
| Research<br>1/29/2024<br>Research corporate defendant Keeper holding: status, service address, dba, registration with NYS. | Ryan J Kim | $550.00 | 0.50 | $275.00 |
| Draft/revise<br>1/30/2024<br>Draft & revise complaint (1) and initial pleading and file with the court (0.5). Confer with the client to confirm accuracy before filing. (0.5) | Ryan J Kim | $550.00 | 2.00 | $1,100.00 |
| Communicate (with client)<br>1/30/2024<br>Phone call with client | Jia Choi | $200.00 | 0.20 | $40.00 |
| Review/analyze<br>1/31/2024<br>Review of the assigned district judge's rules. | Ryan J Kim | $550.00 | 0.30 | $165.00 |
| Draft/revise<br>1/31/2024<br>revise proposed summons and refile with the court | Jia Choi | $200.00 | 0.00 | $0.00 |
| Manage data/files<br>1/31/2024<br>File waiver of service with the court | Ryan J Kim | $550.00 | 0.10 | $55.00 |

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| **Communicate (with opposing counsel)**<br>2/5/2024<br>Phone call and Email exchange with the opposing counsel Tristan re: the case, appearance. | Ryan J Kim | $550.00 | 0.60 | $330.00 |
| **Communicate (with client)**<br>2/5/2024<br>Phone call with client | Jia Choi | $200.00 | 0.20 | $40.00 |
| **Communicate (other external)**<br>2/5/2024<br>Phone call to Clerk's office to check status of summons | Jia Choi | $200.00 | 0.10 | $20.00 |
| **Communicate (other external)**<br>2/5/2024<br>Submit request of SOS for the corporation defendant to Alexander Poole | Jia Choi | $200.00 | 0.10 | $20.00 |
| **Communicate (other external)**<br>2/5/2024<br>Submit request of service for the individual defendants to ABC Legal | Jia Choi | $200.00 | 0.10 | $20.00 |
| **Communicate (with client)**<br>2/5/2024<br>Phone call with client re Defendants Steven Yand and Katy Lee's physical description | Jia Choi | $200.00 | 0.10 | $20.00 |
| **Communicate (with opposing counsel)**<br>2/7/2024<br>Email exchange with the opposing counsel re: phone conference to discuss the case. | Ryan J Kim | $550.00 | 0.30 | $165.00 |
| **Communicate (with opposing counsel)**<br>2/8/2024<br>Email exchange with the opposing counsel re: phone conference. | Ryan J Kim | $550.00 | 0.10 | $55.00 |
| **Time**<br>2/9/2024<br>Phone call w/ OC Tristan re: accepting service and general discussion about the case. | Ryan J Kim | $550.00 | 0.50 | $275.00 |
| **Review/analyze**<br>2/13/2024<br>Analyze Plaintiff's unpaid wage calculation | Jia Choi | $120.00 | 1.00 | $120.00 |
| **Communicate (with client)**<br>2/13/2024<br>Phone call with client | Jia Choi | $200.00 | 0.20 | $40.00 |
| **Review/analyze**<br>2/14/2024<br>Review of Corporate disclosure statement | Ryan J Kim | $550.00 | 0.10 | $55.00 |
| **Draft/revise**<br>2/19/2024<br>Revise Plaintiff's unpaid wage calculation | Jia Choi | $120.00 | 0.20 | $24.00 |
| **Plan and prepare for**<br>3/14/2024<br>Prepare case management plan and letter for initial status conference | Ryan J Kim | $550.00 | 0.40 | $220.00 |
| **Communicate (with client)**<br>3/14/2024<br>Phone call with client re case status | Jia Choi | $200.00 | 0.10 | $20.00 |

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| Draft/revise<br>3/15/2024<br>Prepare Notice and Consent to Jurisdiction by US Magistrate Judge and get a signature from the opposing party | Jia Choi | $200.00 | 0.50 | $100.00 |
| Review/analyze<br>3/15/2024<br>Review of the court's Scheduling order canceled initial status conference | Ryan J Kim | $550.00 | 0.10 | $55.00 |
| Review/analyze<br>3/19/2024<br>Review of court's scheduling order | Ryan J Kim | $550.00 | 0.10 | $55.00 |
| Review/analyze<br>4/11/2024<br>Review of the answer filed | Ryan J Kim | $550.00 | 0.10 | $55.00 |
| Draft/revise<br>5/10/2024<br>Draft Discovery Plan and send it to the opposing party | Jia Choi | $200.00 | 0.30 | $60.00 |
| Draft/revise<br>5/10/2024<br>revise the discovery plan as the opposing counsel revised and file it with the court | Jia Choi | $120.00 | 0.20 | $24.00 |
| Appear for/attend<br>5/22/2024<br>Attend for telephone Initial Conference | Ryan J Kim | $550.00 | 0.50 | $275.00 |
| Review/analyze<br>5/28/2024<br>Review of Court's Minute Entry | Ryan J Kim | $550.00 | 0.10 | $55.00 |
| Draft/revise<br>6/11/2024<br>Translate client's daily working logs | Jia Choi | $120.00 | 6.00 | $720.00 |
| Draft/revise<br>6/12/2024<br>Translate client's daily working logs | Jia Choi | $120.00 | 5.50 | $660.00 |
| Draft/revise<br>6/19/2024<br>Translate client's daily working logs | Jia Choi | $120.00 | 4.20 | $504.00 |
| Draft/revise<br>6/20/2024<br>Translate client's daily working logs | Jia Choi | $120.00 | 2.00 | $240.00 |
| Draft/revise<br>6/21/2024<br>Draft Rule 26(a) Intial Disclosure and email it to the opposing counsel | Jia Choi | $120.00 | 1.00 | $120.00 |
| Draft/revise<br>6/21/2024<br>Translate the Plaintiff's time log | Jia Choi | $120.00 | 1.00 | $120.00 |
| Communicate (other external)<br>7/3/2024<br>contact Gary Shaffer w/ oc re: mediation | Ryan J Kim | $550.00 | 0.20 | $110.00 |
| Communicate (other external)<br>7/4/2024<br>communication w/ oc and the mediator re: mediation. | Ryan J Kim | $550.00 | 0.20 | $110.00 |

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| Communicate (other external)<br>7/5/2024<br>Scheduling an initial phone conference w/ mediator. | Ryan J Kim | $550.00 | 0.20 | $110.00 |
| Communicate (other external)<br>7/19/2024<br>Follow up w/ oc and Gary to schedule mediation. | Ryan J Kim | $550.00 | 0.20 | $110.00 |
| Communicate (other external)<br>7/19/2024<br>Phone conference w/ Gary and OC to discuss about the case, issues, possible dates for mediation. | Ryan J Kim | $550.00 | 0.60 | $330.00 |
| Communicate (other external)<br>7/19/2024<br>Follow up email exchange w/ oc and Gary post phone conference. | Ryan J Kim | $550.00 | 0.30 | $165.00 |
| Communicate (other external)<br>7/26/2024<br>Email w/ OC and mediator to set up mediation session. | Ryan J Kim | $550.00 | 0.10 | $55.00 |
| Draft/revise<br>7/29/2024<br>Translate client's logs | Jia Choi | $120.00 | 3.40 | $408.00 |
| Review/analyze<br>7/30/2024<br>input client's log working hours to Excel file and calculate the damage | Jia Choi | $120.00 | 5.60 | $672.00 |
| Communicate (other external)<br>8/1/2024<br>Email with mediator | Ryan J Kim | $550.00 | 0.10 | $55.00 |
| Communicate (other external)<br>8/2/2024<br>Email w/ oc and mediator re: mediation date. | Ryan J Kim | $550.00 | 0.20 | $110.00 |
| Communicate (other external)<br>8/5/2024<br>Trying to figure out a mediation date that works for everyone involved. | Ryan J Kim | $550.00 | 0.20 | $110.00 |
| Communicate (other external)<br>8/6/2024<br>Email from Gary re: mediation statement and zoom link. | Ryan J Kim | $550.00 | 0.10 | $55.00 |
| Communicate (other external)<br>8/7/2024<br>Email exchanges with oc and mediator to schedule in person mediaiton at the court. | Ryan J Kim | $550.00 | 0.30 | $165.00 |
| Communicate (other external)<br>8/7/2024<br>Discussion w/ oc and mediator re: whether to do the mediation in person or via zoom | Ryan J Kim | $550.00 | 0.20 | $110.00 |
| Communicate (with opposing counsel)<br>8/9/2024<br>Email exchange with the opposing counsel and mediator to set up mediation. | Ryan J Kim | $550.00 | 0.20 | $110.00 |
| Communicate (other external)<br>8/12/2024<br>communication with NYEd ADR office re: mediation schedule. | Ryan J Kim | $550.00 | 0.20 | $110.00 |
| Review/analyze<br>8/12/2024<br>Review of the court notice | Ryan J Kim | $550.00 | 0.10 | $55.00 |

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| Review/analyze<br>10/1/2024<br>Review of client's hand written diary to prepare for mediation. | Ryan J Kim | $550.00 | 3.00 | $1,650.00 |
| Communicate (other external)<br>10/1/2024<br>Email exchange w/ oc and mediator re: mediation statement, translation issue. | Ryan J Kim | $550.00 | 0.20 | $110.00 |
| Communicate (other external)<br>10/2/2024<br>Email exchanges w/ oc and Gary re: meditation start time, whether interpreter is needed. | Ryan J Kim | $550.00 | 0.50 | $275.00 |
| Communicate (with client)<br>10/2/2024<br>Phone call with client re: mediation. Educate the client about the process, what to expect, etc. | Ryan J Kim | $550.00 | 0.50 | $275.00 |
| Draft/revise<br>10/3/2024<br>Drafted mediation statement (1.5), reviewed and revised damage calculation (0.5). | Ryan J Kim | $550.00 | 2.00 | $1,100.00 |
| Appear for/attend<br>10/9/2024<br>Travel to and from EDNY to attend in-person mediation. | Ryan J Kim | $550.00 | 7.00 | $3,850.00 |
| Appear for/attend<br>10/9/2024<br>Attend for mediation | Min Suk Choi | $300.00 | 5.50 | $1,650.00 |
| Review/analyze<br>10/9/2024<br>Review of the court notice | Ryan J Kim | $550.00 | 0.10 | $55.00 |
| Communicate (other external)<br>10/11/2024<br>Email from Gary re: continued mediation. | Ryan J Kim | $550.00 | 0.10 | $55.00 |
| Communicate (with opposing counsel)<br>10/17/2024<br>Email exchange with the opposing counsel and mediator re: damage calculation and continued mediation. | Ryan J Kim | $550.00 | 0.20 | $110.00 |
| Communicate (with opposing counsel)<br>11/8/2024<br>Email exchange with the opposing counsel re | Ryan J Kim | $600.00 | 0.10 | $60.00 |
| Communicate (with opposing counsel)<br>11/12/2024<br>Email exchange with the opposing counsel re: communicating our demand next week. | Ryan J Kim | $600.00 | 0.20 | $120.00 |
| Communicate (other external)<br>11/13/2024<br>Email exchange w/ mediator and oc to set up phone conference. | Ryan J Kim | $550.00 | 0.20 | $110.00 |
| Communicate (other external)<br>11/14/2024<br>Phone call with mediator Gary re: settlement | Ryan J Kim | $600.00 | 0.40 | $240.00 |
| Review/analyze<br>12/3/2024<br>Review of the Plaintiff's damage calculation | Jia Choi | $200.00 | 0.50 | $100.00 |

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| Review/analyze<br>12/3/2024<br>Review of the court notice | Ryan J Kim | $550.00 | 0.10 | $55.00 |
| Communicate (with client)<br>12/4/2024<br>Phone call with client re the case | Jia Choi | $200.00 | 0.50 | $100.00 |
| Review/analyze<br>12/4/2024<br>Review of the court order and calendar the deadline | Jia Choi | $200.00 | 0.10 | $20.00 |
| Communicate (in firm)<br>12/4/2024<br>Discussions with attorney regarding the following mediation | Jia Choi | $200.00 | 0.10 | $20.00 |
| Communicate (with opposing counsel)<br>12/5/2024<br>Email exchange with the opposing counsel and mediator to continue discuss our demand and support for seeking the amount we are asking and trying to set another date. | Ryan J Kim | $550.00 | 0.30 | $165.00 |
| Communicate (other external)<br>12/7/2024<br>Revised damage calculation and sent to Gary; provided explanation for the demand. | Ryan J Kim | $550.00 | 0.40 | $220.00 |
| Communicate (other external)<br>12/9/2024<br>Email w/ Gary re: damage calculation and conference call. | Ryan J Kim | $550.00 | 0.20 | $110.00 |
| Communicate (other external)<br>12/9/2024<br>Phone call w/ mediator to go over the damage calculation, | Ryan J Kim | $550.00 | 0.60 | $330.00 |
| Communicate (with opposing counsel)<br>12/9/2024<br>Email exchange with the opposing counsel: received defendants' version of damage calculation. Clarification about our position, pre-judgment interest and liquidated damages. | Ryan J Kim | $550.00 | 0.70 | $385.00 |
| Communicate (with opposing counsel)<br>12/10/2024<br>Revised our damage calculation and Email exchange with the opposing counsel re: the same: OT starts at 44 under NYLL and hourly rate based on 40 hours. | Ryan J Kim | $550.00 | 1.00 | $550.00 |
| Communicate (other external)<br>12/10/2024<br>Email exchange w/ Gary re: live-in nanny exemption under FLSA but not under NYLL.. Provided him w/ the jury instruction used in the previous case and citations. | Ryan J Kim | $550.00 | 0.50 | $275.00 |
| Communicate (other external)<br>12/12/2024<br>Email exchange w/ Gary re: diary plaintiff kept. provided English version and Korean version of the same. | Ryan J Kim | $550.00 | 0.20 | $110.00 |
| Communicate (other external)<br>12/23/2024<br>Follow up w/ Gary re: mediation status. | Ryan J Kim | $550.00 | 0.20 | $110.00 |
| Communicate (other external)<br>12/26/2024<br>Phone call w/ Gary and multiple email exchanges re: liquidated damage, plaintiff's position | Ryan J Kim | $550.00 | 1.00 | $550.00 |

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| Communicate (other external)<br>12/30/2024<br>Email from mediator re: continued mediation effort. | Ryan J Kim | $550.00 | 0.10 | $55.00 |
| Communicate (with opposing counsel)<br>1/3/2025<br>Email exchange with the opposing counsel and Gary re: whether to continue w/ mediation effort or to resume litigation. | Ryan J Kim | $550.00 | 0.20 | $110.00 |
| Draft/revise<br>1/3/2025<br>Draft status report and file | Ryan J Kim | $550.00 | 0.50 | $275.00 |
| Review/analyze<br>1/6/2025<br>Review of the court notice | Ryan J Kim | $550.00 | 0.10 | $55.00 |
| Review/analyze<br>1/7/2025<br>Review of the court notice | Ryan J Kim | $550.00 | 0.10 | $55.00 |
| Communicate (with opposing counsel)<br>1/13/2025<br>Email exchange with the opposing counsel and Gary to see if there's any update from his clients | Ryan J Kim | $550.00 | 0.20 | $110.00 |
| Communicate (with client)<br>1/16/2025<br>Phone call with client re the case | Jia Choi | $200.00 | 0.20 | $40.00 |
| Communicate (with opposing counsel)<br>1/21/2025<br>Email exchange with the opposing counsel and Gary re: status report to be filed w/ court. | Ryan J Kim | $550.00 | 0.20 | $110.00 |
| Review/analyze<br>1/21/2025<br>Review of the letter filed the opposing party | Ryan J Kim | $550.00 | 0.10 | $55.00 |
| Communicate (other external)<br>1/22/2025<br>Email exchange w/ Gary to communicate our demand and reasoning behind it. Sent him another damage calculation. Continued discussion to settle the case. | Ryan J Kim | $550.00 | 0.40 | $220.00 |
| Review/analyze<br>1/23/2025<br>Review of the court notice | Ryan J Kim | $550.00 | 0.10 | $55.00 |
| Communicate (other external)<br>1/24/2025<br>Continued discussion w/ mediator re: settlement demand, potential judgment amount. | Ryan J Kim | $550.00 | 0.30 | $165.00 |
| Review/analyze<br>1/29/2025<br>Review of the court scheduling order | Ryan J Kim | $550.00 | 0.10 | $55.00 |
| Communicate (with client)<br>1/29/2025<br>Phone call with client re the case | Jia Choi | $200.00 | 0.20 | $40.00 |
| Review/analyze<br>2/6/2025<br>Review of appearance filed by the opposing counsel | Ryan J Kim | $550.00 | 0.10 | $55.00 |

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| Communicate (with opposing counsel)<br>2/7/2025<br>Email exchange with the opposing counsel William Brown, newly retained. | Ryan J Kim | $550.00 | 0.10 | $55.00 |
| Communicate (with opposing counsel)<br>2/10/2025<br>Email exchange with the opposing counsel to set up a time to have a call re: the case. | Ryan J Kim | $550.00 | 0.30 | $165.00 |
| Communicate (other external)<br>2/10/2025<br>Email from Gary to schedule a meeting. | Ryan J Kim | $550.00 | 0.10 | $55.00 |
| Communicate (other external)<br>2/10/2025<br>Email exchanges w/ mediator re: defendants hiring new counsel and continued discussion of mediation. | Ryan J Kim | $550.00 | 0.40 | $220.00 |
| Communicate (with opposing counsel)<br>2/14/2025<br>Email f/ the opposing counsel asking me to call him. | Ryan J Kim | $550.00 | 0.10 | $55.00 |
| Appear for/attend<br>2/14/2025<br>Attend for status conference | Ryan J Kim | $550.00 | 0.50 | $275.00 |
| Communicate (with client)<br>2/17/2025<br>Phone call with client re the case | Jia Choi | $200.00 | 0.20 | $40.00 |
| Review/analyze<br>2/18/2025<br>Review of minute entry | Ryan J Kim | $550.00 | 0.10 | $55.00 |
| Draft/revise<br>2/19/2025<br>Drafted Discovery Requests | Ryan J Kim | $550.00 | 4.50 | $2,475.00 |
| Communicate (with opposing counsel)<br>2/20/2025<br>Email exchange with the opposing counsel re: new discovery schedule to be filed with the court. | Ryan J Kim | $550.00 | 0.40 | $220.00 |
| Communicate (with opposing counsel)<br>2/21/2025<br>Email exchange with the opposing counsel re discovery schedule. | Ryan J Kim | $550.00 | 0.20 | $110.00 |
| Review/analyze<br>2/21/2025<br>Review of Proposed Discovery Schedule | Ryan J Kim | $550.00 | 0.10 | $55.00 |
| Review/analyze<br>2/24/2025<br>Review of the court notice | Ryan J Kim | $550.00 | 0.10 | $55.00 |
| Communicate (with opposing counsel)<br>2/25/2025<br>Email exchange with the opposing counsel Tristan re: damage calculation | Ryan J Kim | $550.00 | 0.30 | $165.00 |
| Review/analyze<br>2/28/2025<br>Review of defendants' initial disclosures | Ryan J Kim | $550.00 | 0.40 | $220.00 |
| Review/analyze<br>3/17/2025<br>Review of defendants' discovery requests | Ryan J Kim | $550.00 | 0.50 | $275.00 |

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| Manage data/files<br>3/18/2025<br>Review an email from the opposing counsel and save Defendants' discovery requests/save Plaintiff's deposition schedule | Jia Choi | $200.00 | 0.20 | $40.00 |
| Communicate (with client)<br>3/18/2025<br>Text message to client with deposition schedule | Jia Choi | $200.00 | 0.10 | $20.00 |
| Communicate (with client)<br>3/18/2025<br>Phone call with client re the case | Jia Choi | $200.00 | 0.10 | $20.00 |
| Communicate (with opposing counsel)<br>3/21/2025<br>Email from the opposing counsel. Sent their discovery response issued to each defendants. | Ryan J Kim | $550.00 | 0.10 | $55.00 |
| Communicate (other external)<br>3/23/2025<br>Email from mediator wanting to resume mediation. | Ryan J Kim | $550.00 | 0.20 | $110.00 |
| Draft/revise<br>3/24/2025<br>Deficiency Letter | Min Suk Choi | $350.00 | 3.50 | $1,225.00 |
| Draft/revise<br>3/24/2025<br>Draft Plaintiff's Responses to Defendants' written Discovery Requests | Ryan J Kim | $550.00 | 2.60 | $1,430.00 |
| Communicate (with client)<br>3/24/2025<br>Phone call with client re the case | Jia Choi | $200.00 | 0.60 | $120.00 |
| Communicate (with client)<br>3/24/2025<br>Phone call with client re Response to Defendants' discovery requests | Jia Choi | $200.00 | 0.60 | $120.00 |
| Review/analyze<br>3/25/2025<br>Review of discovery response from each defendants. Reviewed for any deficiency. | Ryan J Kim | $550.00 | 2.80 | $1,540.00 |
| Communicate (with opposing counsel)<br>3/25/2025<br>Email exchange with the opposing counsel to confirm deposition schedule | Ryan J Kim | $550.00 | 0.20 | $110.00 |
| Communicate (other external)<br>3/31/2025<br>Email from mediator wanting to have a phone call. | Ryan J Kim | $550.00 | 0.10 | $55.00 |
| Communicate (other external)<br>3/31/2025<br>Email exchange w/ Gary. Provided him the new counsel contact info. | Ryan J Kim | $550.00 | 0.20 | $110.00 |
| Communicate (other external)<br>3/31/2025<br>Phone call w/ mediator to discuss mediation, new counsel etc. | Ryan J Kim | $550.00 | 0.50 | $275.00 |
| Communicate (with client)<br>3/31/2025<br>Phone call with client re the case | Jia Choi | $200.00 | 0.20 | $40.00 |
| Communicate (with client)<br>4/5/2025<br>Phone call with client re the case | Jia Choi | $200.00 | 0.10 | $20.00 |

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| Communicate (other external)<br>4/9/2025<br>Email exchange w/ Gary re: whether to push forward with deposition or not in light of oc's damage calculation. | Ryan J Kim | $550.00 | 0.20 | $110.00 |
| Communicate (other external)<br>4/9/2025<br>Follow up w/ mediator to find out if there's any development. | Ryan J Kim | $550.00 | 0.20 | $110.00 |
| Communicate (with opposing counsel)<br>4/11/2025<br>Email exchange with the opposing counsel re depo schedule of defendants. | Ryan J Kim | $550.00 | 0.10 | $55.00 |
| Communicate (other external)<br>4/11/2025<br>Email f/ Gary re: proposal from oc. | Ryan J Kim | $550.00 | 0.10 | $55.00 |
| Communicate (with opposing counsel)<br>4/15/2025<br>Email exchange with the opposing counsel re deposition scheduling. | Ryan J Kim | $550.00 | 0.20 | $110.00 |
| Draft/revise<br>4/15/2025<br>Drafted discovery response: interrogatories, document production request, documents from client. | Ryan J Kim | $550.00 | 3.00 | $1,650.00 |
| Draft/revise<br>4/15/2025<br>Amend Notice of Depositions and emailed to the opposing party | Jia Choi | $200.00 | 0.20 | $40.00 |
| Communicate (with client)<br>4/15/2025<br>Phone call with client re her deposition schedule | Jia Choi | $200.00 | 0.30 | $60.00 |
| Communicate (with client)<br>4/15/2025<br>Phone call with client re the case | Jia Choi | $200.00 | 0.10 | $20.00 |
| Review/analyze<br>4/17/2025<br>Review of Plaintiff's Responses to Defendants' written Discovery Requests and emailed to the opposing party | Jia Choi | $200.00 | 0.20 | $40.00 |
| Communicate (with opposing counsel)<br>4/18/2025<br>Email exchange with the opposing counsel re: deposition of the parties. | Ryan J Kim | $550.00 | 0.30 | $165.00 |
| Communicate (with opposing counsel)<br>4/29/2025<br>Email exchange with the opposing counsel re: depo schedule | Ryan J Kim | $550.00 | 0.20 | $110.00 |
| Communicate (with opposing counsel)<br>5/5/2025<br>Email exchange with the opposing counsel re: meet and confer | Ryan J Kim | $550.00 | 0.20 | $110.00 |
| Communicate (with client)<br>5/6/2025<br>Phone call with client re the case | Jia Choi | $200.00 | 0.10 | $20.00 |
| Communicate (other external)<br>5/6/2025<br>Place order for Court reporter for Katy Lee and Steven Yang depositions | Jia Choi | $200.00 | 0.20 | $40.00 |
| Communicate (with opposing counsel)<br>5/7/2025<br>Email exchange with the opposing counsel re: defendants' document production and declaration of Ko. | Ryan J Kim | $550.00 | 0.40 | $220.00 |

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| Communicate (with opposing counsel)<br>5/8/2025<br>Email exchange with the opposing counsel re: depo schedule. | Ryan J Kim | $550.00 | 0.20 | $110.00 |
| Communicate (with client)<br>5/8/2025<br>Phone call with client re the case | Jia Choi | $200.00 | 0.20 | $40.00 |
| Communicate (with client)<br>5/9/2025<br>Phone call with client re the case | Jia Choi | $200.00 | 0.50 | $100.00 |
| Communicate (with client)<br>5/9/2025<br>Phone call with client re Pastor Ko's declaration | Jia Choi | $200.00 | 0.30 | $60.00 |
| Communicate (in firm)<br>5/9/2025<br>Discussions with Ryan regarding Pastor Ko's Declaration | Jia Choi | $200.00 | 0.10 | $20.00 |
| Time<br>5/12/2025<br>Review the address of Pastor Seong Min Ko provided by client. revise Subpoena deposition and re-sent it by certified mail | Jia Choi | $200.00 | 0.50 | $100.00 |
| Communicate (in firm)<br>5/12/2025<br>Discussions with Mr. Kim regarding Subpoena to Pastor Seong Min Ko | Jia Choi | $200.00 | 0.10 | $20.00 |
| Communicate (with client)<br>5/12/2025<br>Phone call with client re | Jia Choi | $200.00 | 0.10 | $20.00 |
| Communicate (with opposing counsel)<br>5/13/2025<br>Email exchange with the opposing counsel re: deposition of defendants. | Ryan J Kim | $550.00 | 0.20 | $110.00 |
| Plan and prepare for<br>5/14/2025<br>Review case file, discovery responses to prepare for Katy and Steve's depositions. | Ryan J Kim | $550.00 | 3.00 | $1,650.00 |
| Communicate (with client)<br>5/14/2025<br>Phone call with client re the case | Jia Choi | $200.00 | 0.10 | $20.00 |
| Appear for/attend<br>5/15/2025<br>Attend for Katy Lee deposition from 9:30 am to 2 pm. Cut off due to Veritiext tech difficulties. | Ryan J Kim | $550.00 | 5.00 | $2,750.00 |
| Appear for/attend<br>5/16/2025<br>Attend for Katy and Steve's depositions from 9:30 am to 5 pm. | Ryan J Kim | $550.00 | 8.00 | $4,400.00 |
| Communicate (with opposing counsel)<br>5/16/2025<br>Email exchange with the opposing counsel re depo start time. | Ryan J Kim | $550.00 | 0.20 | $110.00 |
| Communicate (with client)<br>5/19/2025<br>Phone call with client to discuss the case, prepare for her deposition next day. | Ryan J Kim | $550.00 | 0.70 | $385.00 |
| Communicate (with client)<br>5/19/2025<br>Phone call with client re the case | Jia Choi | $200.00 | 0.50 | $100.00 |

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| **Appear for/attend**<br>5/20/2025<br>Travel to Time square to attend in person deposition of plaintiff. Met w/ plaintiff one hour before to prepare for the deposition. Depo from 10 am to 6:30 pm. | Ryan J Kim | $550.00 | 11.00 | $6,050.00 |
| **Communicate (with opposing counsel)**<br>5/20/2025<br>Email exchange with the opposing counsel to produce addtional pictures | Ryan J Kim | $550.00 | 0.20 | $110.00 |
| **Communicate (with client)**<br>5/20/2025<br>Phone call with client re the case | Jia Choi | $200.00 | 0.10 | $20.00 |
| **Appear for/attend**<br>5/20/2025<br>Attend for telephone conference | Ryan J Kim | $550.00 | 0.50 | $275.00 |
| **Review/analyze**<br>5/20/2025<br>Review of the court notice | Ryan J Kim | $550.00 | 0.10 | $55.00 |
| **Communicate (with client)**<br>5/21/2025<br>Phone call with client re the case | Jia Choi | $200.00 | 0.20 | $40.00 |
| **Review/analyze**<br>5/29/2025<br>Review of diary translation to English | Ryan J Kim | $550.00 | 1.80 | $990.00 |
| **Communicate (with opposing counsel)**<br>6/10/2025<br>Email exchange with the opposing counsel re: D's supplemental doc request and transcript of plaintiff. | Ryan J Kim | $550.00 | 0.60 | $330.00 |
| **Communicate (with opposing counsel)**<br>6/12/2025<br>Email exchange with the opposing counsel re: requesting discovery extension. | Ryan J Kim | $550.00 | 0.20 | $110.00 |
| **Communicate (other external)**<br>6/13/2025<br>Email fr/ Gary re: renewed mediation session. | Ryan J Kim | $550.00 | 0.10 | $55.00 |
| **Communicate (with opposing counsel)**<br>6/13/2025<br>Email exchange with the opposing counsel re: consenting discovery extension request. | Ryan J Kim | $550.00 | 0.20 | $110.00 |
| **Communicate (with client)**<br>6/13/2025<br>Phone call with client re the case | Jia Choi | $200.00 | 0.30 | $60.00 |
| **Review/analyze**<br>6/16/2025<br>Review of Motion for extension of time filed by the opposing counsel | Ryan J Kim | $550.00 | 0.10 | $55.00 |
| **Review/analyze**<br>6/16/2025<br>Review of the court notice | Ryan J Kim | $550.00 | 0.10 | $55.00 |
| **Communicate (with opposing counsel)**<br>7/9/2025<br>Email exchange with the opposing counsel re: calendar | Ryan J Kim | $550.00 | 0.10 | $55.00 |

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| Communicate (with client)<br>7/10/2025<br>Phone call with client re the case | Jia Choi | $200.00 | 0.10 | $20.00 |
| Communicate (in firm)<br>7/10/2025<br>Discussions with staff regarding Plaintiff's calendar | Ryan J Kim | $550.00 | 0.10 | $55.00 |
| Communicate (with client)<br>7/10/2025<br>Phone call with client re her calendar | Jia Choi | $200.00 | 0.10 | $20.00 |
| Review/analyze<br>7/10/2025<br>Review of an email from the opposing counsel | Jia Choi | $200.00 | 0.10 | $20.00 |
| Communicate (with opposing counsel)<br>7/11/2025<br>Email exchange with the opposing counsel re: depositon transcript of defendants | Ryan J Kim | $550.00 | 0.10 | $55.00 |
| Communicate (with client)<br>7/23/2025<br>Phone call with client re the case | Jia Choi | $200.00 | 0.10 | $20.00 |
| Appear for/attend<br>7/30/2025<br>Attend a status conference with the judge and opposing counsel. Discussed the status of discovery and the case in general. Set settlement conference date. | Ryan J Kim | $550.00 | 0.50 | $275.00 |
| Communicate (other external)<br>7/30/2025<br>Email exchange w/ Gary to set up a phone conference. | Ryan J Kim | $550.00 | 0.20 | $110.00 |
| Communicate (other external)<br>7/31/2025<br>Phone call w/ Gary the mediator to discuss the status of the case and his communication w/ oc. | Ryan J Kim | $550.00 | 0.60 | $330.00 |
| Communicate (with client)<br>7/31/2025<br>Phone call with client to discuss settlement in september and defendants's stance re: hours worked. | Ryan J Kim | $550.00 | 0.20 | $110.00 |
| Communicate (other external)<br>7/31/2025<br>PHone call with mediator Gary to discuss potential mediation and case assessment. | Ryan J Kim | $550.00 | 0.50 | $275.00 |
| Communicate (with client)<br>7/31/2025<br>Phone call with client re the case | Jia Choi | $200.00 | 0.20 | $40.00 |
| Review/analyze<br>8/1/2025<br>Review of the court notice | Ryan J Kim | $550.00 | 0.10 | $55.00 |
| Communicate (with opposing counsel)<br>8/7/2025<br>Email exchange with the opposing counsel re their damage calculation | Ryan J Kim | $550.00 | 0.10 | $55.00 |
| Communicate (with opposing counsel)<br>8/19/2025<br>Email exchange with the opposing counsel re their own damage (OT hours worked by P) | Ryan J Kim | $550.00 | 0.50 | $275.00 |

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| Review/analyze<br>8/20/2025<br>Review of Plaintiff's deposition transcript and Defendants' unpaid wage calculation | Jia Choi | $200.00 | 1.20 | $240.00 |
| Communicate (with client)<br>8/21/2025<br>Phone call with client re the case | Jia Choi | $200.00 | 0.20 | $40.00 |
| Communicate (with client)<br>8/26/2025<br>Phone call with client re the case | Ryan J Kim | $550.00 | 1.30 | $715.00 |
| Time<br>8/26/2025<br>review Plaintiff's deposition transcript and itemized her chores | Jia Choi | $200.00 | 1.00 | $200.00 |
| Communicate (with client)<br>8/26/2025<br>Phone call with client re her chores and times she spent for chores | Jia Choi | $200.00 | 1.30 | $260.00 |
| Communicate (with opposing counsel)<br>8/27/2025<br>Email exchange with the opposing counsel re: phone conference | Ryan J Kim | $550.00 | 0.20 | $110.00 |
| Communicate (with opposing counsel)<br>8/28/2025<br>Email exchange with the opposing counsel re: changing conference to zoom | Ryan J Kim | $550.00 | 0.10 | $55.00 |
| Communicate (with opposing counsel)<br>8/28/2025<br>Email exchange with the opposing counsel re settlement demand | Ryan J Kim | $550.00 | 0.10 | $55.00 |
| Draft/revise<br>8/28/2025<br>Draft Plaintiff's Settlement Position Statement and exhibits | Ryan J Kim | $550.00 | 3.80 | $2,090.00 |
| Communicate (with client)<br>8/28/2025<br>Phone call with client re the case | Jia Choi | $200.00 | 0.30 | $60.00 |
| Draft/revise<br>8/29/2025<br>Review Defendants' motion to appear by telephone/video and draft response | Ryan J Kim | $550.00 | 0.50 | $275.00 |
| Communicate (with client)<br>9/4/2025<br>Phone call with client re the case | Jia Choi | $200.00 | 0.20 | $40.00 |
| Appear for/attend<br>9/4/2025<br>Attend for status conference | Ryan J Kim | $550.00 | 1.00 | $550.00 |
| Communicate (with client)<br>9/16/2025<br>Phone call with client re the case | Ryan J Kim | $550.00 | 0.60 | $330.00 |
| Communicate (with client)<br>10/1/2025<br>Phone call with client re the case | Jia Choi | $200.00 | 0.40 | $80.00 |
| Draft/revise<br>10/15/2025<br>Draft pretrial order, exhibit list, finding of facts and prepare designation of transcript | Jia Choi | $200.00 | 6.50 | $1,300.00 |

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| Appear for/attend<br>10/17/2025<br>Attend for Status Conference | Ryan J Kim | $550.00 | 0.50 | $275.00 |
| Communicate (with client)<br>10/22/2025<br>Phone call with client re the case | Jia Choi | $200.00 | 0.10 | $20.00 |
| Communicate (with client)<br>11/10/2025<br>Phone call with client re the case | Jia Choi | $200.00 | 0.10 | $20.00 |
| Communicate (with client)<br>11/12/2025<br>Phone call with client re the case | Jia Choi | $200.00 | 0.20 | $40.00 |
| Communicate (with client)<br>11/14/2025<br>Phone call with client re trial preparation | Jia Choi | $200.00 | 0.10 | $20.00 |
| Meeting<br>11/15/2025<br>In person meeting at the office with client to go over her diary entry and discuss trial strategy. | Ryan J Kim | $550.00 | 2.00 | $1,100.00 |
| Plan and prepare for<br>11/15/2025<br>Preparing for trial: revise joint pretrial documents (0.5) Review intended exhibits to be used at trial (1.0) | Ryan J Kim | $550.00 | 1.50 | $825.00 |
| Communicate (other external)<br>11/17/2025<br>Email from Gary the mediator re: follow-up before trial. | Ryan J Kim | $550.00 | 0.20 | $110.00 |
| Draft/revise<br>11/18/2025<br>Draft plaintiff's objections to defendants' proposed exhibit list | Youngchae Cho | $350.00 | 1.50 | $525.00 |
| Research<br>11/19/2025<br>Research case law covering regular rate of pay calculation | Youngchae Cho | $350.00 | 3.00 | $1,050.00 |
| Review/analyze<br>11/19/2025<br>Review all Plaintiff's note and Prepare damage calculation | Jia Choi | $200.00 | 2.80 | $560.00 |
| Communicate (with client)<br>11/19/2025<br>Phone call with client re her working hours during the family's vacations | Jia Choi | $200.00 | 0.10 | $20.00 |
| Communicate (with client)<br>11/19/2025<br>Phone call with client re trial preparation | Jia Choi | $200.00 | 0.10 | $20.00 |
| Communicate (with client)<br>11/20/2025<br>Phone call with client to prepare her for trial. | Ryan J Kim | $550.00 | 1.00 | $550.00 |
| Communicate (with client)<br>11/20/2025<br>Phone call with client re trial preparation | Ryan J Kim | $550.00 | 0.90 | $495.00 |
| Review/analyze<br>11/21/2025<br>Review of deposition transcripts | Youngchae Cho | $350.00 | 4.20 | $1,470.00 |

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| Review/analyze<br>11/21/2025<br>Analyze and make Plaintiff's damage calculations | Jia Choi | $200.00 | 4.50 | $900.00 |
| Draft/revise<br>11/24/2025<br>Draft motion in limine | Youngchae Cho | $350.00 | 2.70 | $945.00 |
| Review/analyze<br>11/24/2025<br>Review of the documents and re calculate Plaintiff's unpaid wage | Jia Choi | $200.00 | 5.60 | $1,120.00 |
| Communicate (with client)<br>11/24/2025<br>Phone call with client re trial preparation | Jia Choi | $200.00 | 0.30 | $60.00 |
| Draft/revise<br>11/25/2025<br>Draft motion in limine | Youngchae Cho | $350.00 | 1.40 | $490.00 |
| Research<br>11/26/2025<br>Research case law for courts' calculation of regular rate of pay | Youngchae Cho | $350.00 | 2.40 | $840.00 |
| Draft/revise<br>11/28/2025<br>Draft responses to motion in limine | Youngchae Cho | $350.00 | 2.20 | $770.00 |
| Review/analyze<br>12/2/2025<br>Review of voir dire, jury instructions, and jury verdict forms from previous jury trials | Youngchae Cho | $350.00 | 1.20 | $420.00 |
| Draft/revise<br>12/2/2025<br>Draft jury instructions | Youngchae Cho | $350.00 | 2.20 | $770.00 |
| Review/analyze<br>12/2/2025<br>Review of the English translation of the diary (426 pages) to check accuracy and context. | Ryan J Kim | $550.00 | 5.20 | $2,860.00 |
| Draft/revise<br>12/3/2025<br>Draft proposed jury instructions | Youngchae Cho | $350.00 | 2.80 | $980.00 |
| Draft/revise<br>12/3/2025<br>Draft proposed jury verdict form | Youngchae Cho | $350.00 | 1.60 | $560.00 |
| Draft/revise<br>12/3/2025<br>Draft proposed voir dire | Youngchae Cho | $350.00 | 1.10 | $385.00 |
| Draft/revise<br>12/3/2025<br>Draft/revise jury instructions | Youngchae Cho | $350.00 | 2.00 | $700.00 |
| Draft/revise<br>12/4/2025<br>Draft proposed jury instructions | Youngchae Cho | $350.00 | 2.10 | $735.00 |
| Draft/revise<br>12/4/2025<br>Revise proposed jury instructions | Youngchae Cho | $350.00 | 1.20 | $420.00 |

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| Draft/revise<br>12/4/2025<br>Draft proposed jury verdict sheet | Youngchae Cho | $350.00 | 1.50 | $525.00 |
| Draft/revise<br>12/4/2025<br>Revise proposed verdict sheet | Youngchae Cho | $350.00 | 0.70 | $245.00 |
| Draft/revise<br>12/5/2025<br>Draft proposed verdict sheet | Youngchae Cho | $350.00 | 2.00 | $700.00 |
| Manage data/files<br>12/8/2025<br>Print, review, and organize courtesy copies of all exhibits to be submitted to the court | Youngchae Cho | $350.00 | 2.30 | $805.00 |
| Review/analyze<br>12/8/2025<br>Review of exhibits to make a list for quick identification/reference | Youngchae Cho | $350.00 | 0.80 | $280.00 |
| Review/analyze<br>12/8/2025<br>Review of all documents for trial preparation (opening statement, questions for witnesses) | Youngchae Cho | $350.00 | 4.60 | $1,610.00 |
| Review/analyze<br>12/8/2025<br>Review of translation for Plaintiff's handwritten logs and revised | Jia Choi | $200.00 | 7.00 | $1,400.00 |
| Communicate (with client)<br>12/8/2025<br>Phone call with client re trial preparation | Jia Choi | $200.00 | 0.10 | $20.00 |
| Plan and prepare for<br>12/9/2025<br>Review of deposition, handwritten log, and translated document to make a reference list for trial | Youngchae Cho | $350.00 | 5.00 | $1,750.00 |
| Draft/revise<br>12/9/2025<br>Update exhibit list with reference notes | Youngchae Cho | $350.00 | 0.80 | $280.00 |
| Draft/revise<br>12/9/2025<br>Draft direct examination questions | Youngchae Cho | $350.00 | 0.90 | $315.00 |
| Review/analyze<br>12/9/2025<br>Review of translation for Plaintiff's handwritten logs and revised | Jia Choi | $200.00 | 7.30 | $1,460.00 |
| Communicate (with client)<br>12/9/2025<br>Phone call with client re trial preparation | Jia Choi | $200.00 | 0.30 | $60.00 |
| Draft/revise<br>12/10/2025<br>Draft exhibit references | Youngchae Cho | $350.00 | 1.70 | $595.00 |
| Draft/revise<br>12/10/2025<br>Draft anticipated evidence disputes | Youngchae Cho | $350.00 | 1.00 | $350.00 |
| Draft/revise<br>12/10/2025<br>Draft cross examination question list | Youngchae Cho | $350.00 | 1.90 | $665.00 |

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| Review/analyze<br>12/10/2025<br>Review of translation for Plaintiff's handwritten logs and revised | Jia Choi | $200.00 | 6.50 | $1,300.00 |
| Draft/revise<br>12/11/2025<br>Revise jury instructions | Youngchae Cho | $350.00 | 1.80 | $630.00 |
| Review/analyze<br>12/11/2025<br>Review of OC's redlines on jury instructions, jury verdict sheet, voir dire | Youngchae Cho | $350.00 | 0.90 | $315.00 |
| Research<br>12/11/2025<br>Research case law and statutes to supplement jury instructions based on OC's redlines | Youngchae Cho | $350.00 | 3.60 | $1,260.00 |
| Review/analyze<br>12/11/2025<br>Review of translation for Plaintiff's handwritten logs and revised damage calculations | Jia Choi | $200.00 | 8.00 | $1,600.00 |
| Draft/revise<br>12/12/2025<br>Draft letter motion regarding calculating regular rate of pay | Youngchae Cho | $350.00 | 0.60 | $210.00 |
| Research<br>12/12/2025<br>Research case law covering rebuttable presumption, regular rate calculation, and interplay between FLSA and NYLL | Youngchae Cho | $350.00 | 2.90 | $1,015.00 |
| Review/analyze<br>12/12/2025<br>Review of court's motion in limine ruling | Youngchae Cho | $350.00 | 0.80 | $280.00 |
| Draft/revise<br>12/12/2025<br>Revise proposed jury verdict sheet | Youngchae Cho | $350.00 | 1.10 | $385.00 |
| Draft/revise<br>12/12/2025<br>Revise proposed jury instructions | Youngchae Cho | $350.00 | 1.40 | $490.00 |
| Plan and prepare for<br>12/12/2025<br>Prepare binders with all exhibits for trial | Youngchae Cho | $350.00 | 3.10 | $1,085.00 |
| Review/analyze<br>12/12/2025<br>Review of updated exhibits | Youngchae Cho | $350.00 | 0.70 | $245.00 |
| Draft/revise<br>12/12/2025<br>Revise jury instruction, verdict sheet and damage calculation. | Ryan J Kim | $550.00 | 4.00 | $2,200.00 |
| Plan and prepare for<br>12/12/2025<br>Witness prep: going over direct exam questions, possible cross-exam prep | Ryan J Kim | $550.00 | 3.00 | $1,650.00 |
| Communicate (with client)<br>12/12/2025<br>Phone call with client re trial preparation | Ryan J Kim | $550.00 | 0.10 | $55.00 |
| Draft/revise<br>12/12/2025<br>bates stamped translation and make spreadsheet for jury verdict | Jia Choi | $200.00 | 0.70 | $140.00 |

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| Plan and prepare for<br>12/13/2025<br>Met with plaintiff and prepared her for trial. | Ryan J Kim | $550.00 | 3.50 | $1,925.00 |
| Plan and prepare for<br>12/13/2025<br>Preparation for trial: opening statement prep, direct examination, review exhibits, stipulations. | Ryan J Kim | $550.00 | 9.00 | $4,950.00 |
| Plan and prepare for<br>12/14/2025<br>Continued preparation for trial: review deposition transcripts, transfer files to trialpad software, and dry run rehearsal. | Ryan J Kim | $550.00 | 6.00 | $3,300.00 |
| Appear for/attend<br>12/15/2025<br>Attend trial at EDNY from 8 AM to 6 PM | Ryan J Kim | $550.00 | 10.00 | $5,500.00 |
| Travel to/from the Court<br>12/15/2025<br>Travel to and from the court to attend trial; billed at half the regular rate | Ryan J Kim | $275.00 | 3.00 | $825.00 |
| Plan and prepare for<br>12/15/2025<br>After 1st day, preparation for the next day. Review hearsay rules, exceptions, witness prep. | Ryan J Kim | $550.00 | 3.50 | $1,925.00 |
| Travel to/from the Court<br>12/15/2025<br>Travel to and from the court to attend trial; billed at half the regular rate | Youngchae Cho | $175.00 | 1.40 | $245.00 |
| Appear for/attend<br>12/15/2025<br>Attend jury trial at EDNY | Youngchae Cho | $350.00 | 8.50 | $2,975.00 |
| Research<br>12/16/2025<br>Research "good faith" jury instruction | Youngchae Cho | $350.00 | 1.00 | $350.00 |
| Appear for/attend<br>12/16/2025<br>Attend jury trial at EDNY | Youngchae Cho | $350.00 | 8.50 | $2,975.00 |
| Travel to/from the Court<br>12/16/2025<br>Travel to and from the court to attend trial; billed at half the regular rate | Youngchae Cho | $175.00 | 1.40 | $245.00 |
| Plan and prepare for<br>12/16/2025<br>Next day preparation after the 2nd day. Cross examination prep. Review Katy and Steven's depo transcripts. | Ryan J Kim | $550.00 | 3.00 | $1,650.00 |
| Appear for/attend<br>12/16/2025<br>Attend trial at EDNY from 8 AM to 6 PM | Ryan J Kim | $550.00 | 10.00 | $5,500.00 |
| Travel to/from the Court<br>12/16/2025<br>Travel to and from the court to attend trial; billed at half the regular rate | Ryan J Kim | $275.00 | 3.00 | $825.00 |
| Travel to/from the Court<br>12/17/2025<br>Travel to and from the court to attend trial; billed at half the regular rate | Ryan J Kim | $275.00 | 3.00 | $825.00 |
| Appear for/attend<br>12/17/2025<br>Attend trial at EDNY from 8 AM to 6 PM | Ryan J Kim | $550.00 | 10.00 | $5,500.00 |

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| **Travel to/from the Court**<br>12/17/2025<br>Travel to and from the court to attend trial; billed at half the regular rate | Youngchae Cho | $175.00 | 1.40 | $245.00 |
| **Appear for/attend**<br>12/17/2025<br>Attend jury trial at EDNY | Youngchae Cho | $350.00 | 8.50 | $2,975.00 |
| **Travel to/from the Court**<br>12/18/2025<br>Travel to and from the court to attend trial; billed at half the regular rate | Ryan J Kim | $275.00 | 3.00 | $825.00 |
| **Appear for/attend**<br>12/18/2025<br>Attend trial: jury verdict deliveration from 10: 30 am to 2: 30 pm. | Ryan J Kim | $550.00 | 4.00 | $2,200.00 |
| **Communicate (with client)**<br>12/18/2025<br>Phone call with client re trial preparation | Ryan J Kim | $550.00 | 0.30 | $165.00 |
| **Research**<br>12/19/2025<br>Research case law for post trial motions | Ryan J Kim | $550.00 | 2.10 | $1,155.00 |
| **Draft/revise**<br>12/19/2025<br>Draft post-trial letter motion to alter or amend judgment | Ryan J Kim | $550.00 | 3.00 | $1,650.00 |
| **Research**<br>12/19/2025<br>Research state court case law concerning NYLL - absence of employment record | Ryan J Kim | $550.00 | 0.80 | $440.00 |
| **Research**<br>12/19/2025<br>Research case law re attorney fee | Ryan J Kim | $550.00 | 0.60 | $330.00 |
| **Research**<br>12/19/2025<br>Research case laws regarding good faith/willfulness under NYLL and FLSA. Case laws re: FRCP 59 (a) | Ryan J Kim | $550.00 | 3.00 | $1,650.00 |
| **Draft/revise**<br>12/22/2025<br>Draft memorandum of law re motion for new trial | Ryan J Kim | $550.00 | 4.00 | $2,200.00 |
| **Draft/revise**<br>12/22/2025<br>Revise motion for new trial memorandum especially adding another argument | Ryan J Kim | $550.00 | 2.20 | $1,210.00 |
| **Draft/revise**<br>12/23/2025<br>Research 2nd circuit case laws re: errors in verdict sheet issue, waiver, jury instruction, NYLL related case laws (2.0). Revised drafted motion for new trial and letter motion re: spread of hours. | Ryan J Kim | $550.00 | 3.50 | $1,925.00 |
| **Review/analyze**<br>12/23/2025<br>Review of jury verdict sheet for each week and cross-checked with calendar from 2018 to 2024 to find errors. Reviewed final jury instructions given to the jury. | Ryan J Kim | $550.00 | 2.00 | $1,100.00 |
| **Draft/revise**<br>12/23/2025<br>Draft letter to the court re regular rate calculation and applicability of spread of hours | Ryan J Kim | $550.00 | 1.80 | $990.00 |

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---:|---:|---:|
| Draft/revise<br>12/23/2025<br>Revise motion for new trial memo adding arguments with regards to returned verdict sheet | Ryan J Kim | $550.00 | 1.60 | $880.00 |
| Review/analyze<br>12/24/2025<br>Review of letter response from defendants re: Spread of hours | Ryan J Kim | $550.00 | 0.30 | $165.00 |
| Communicate (other external)<br>12/24/2025<br>Review of email and voicemail from the court re: settlement conference on Monday. Called the law clerk and informed them of our availability. | Ryan J Kim | $550.00 | 0.30 | $165.00 |
| Research<br>12/24/2025<br>Research case law re jury verdict sheet error resulting in new trial, fundamental errors, and waiver issue in preparation for settlement conference | Ryan J Kim | $550.00 | 2.10 | $1,155.00 |
| Review/analyze<br>12/26/2025<br>Review of defendants' memorandum in opposition to motion for new trial | Ryan J Kim | $550.00 | 0.50 | $275.00 |
| Draft/revise<br>12/27/2025<br>Draft fee petition package | Ryan J Kim | $550.00 | 2.50 | $1,375.00 |
| Review/analyze<br>12/28/2025<br>Review of time records to remove any errors, non billable entries, costs to be billed, finish fee petition and filing with the court. | Ryan J Kim | $550.00 | 2.50 | $1,375.00 |
| | **Time Entries Total** | | **426.10** | **$171,862.00** |

## Expenses

| Expenses | Billed By | Price | Qty | Sub |
|---|---|---:|---:|---:|
| Courtfees<br>1/30/2024<br>Initial court filing | Jia Choi | $405.00 | 1.00 | $405.00 |
| Other<br>1/30/2024<br>Initial case set up charge | Jia Choi | $300.00 | 1.00 | $300.00 |
| Postage<br>5/8/2025<br>Subpoena Deposition to Pastor Seong Min Ko | Jia Choi | $8.24 | 1.00 | $8.24 |
| Postage<br>5/12/2025<br>Send Subpoena to Pastor Seong Min Ko by Certified Mail | Jia Choi | $8.24 | 1.00 | $8.24 |
| Court reporter<br>5/15/2025<br>Court reporter and Deposition Transcript for Katy Lee | Jia Choi | $1,137.00 | 1.00 | $1,137.00 |
| Local travel<br>5/20/2025<br>Bus, parking and toll fee for Ms. Wang deposition in Manhattan | Ryan J Kim | $25.00 | 1.00 | $25.00 |
| Interpreter<br>5/23/2025<br>Ms. Wang's journal translation fee | Ryan J Kim | $797.48 | 1.00 | $797.48 |

| Expenses | Billed By | Price | Qty | Sub |
|---|---|---|---|---|
| Deposition transcripts<br>6/6/2025<br>Deposition Transcript for Katy Lee and Steven Yang<br>Katy Lee vol 2: $1,039.50<br>Steven Yang: $904.50<br>Attendance: $138.00 | Jia Choi | $2,082.00 | 1.00 | $2,082.00 |
| Interpreter<br>12/9/2025<br>Certified English translation of diary 426 pages | Jia Choi | $3,000.00 | 1.00 | $3,000.00 |
| Copying<br>12/12/2025<br>5,000 pages of copying at $0.25/page, 150 pages of color copying at $1/page | Ryan J Kim | $1,400.00 | 1.00 | $1,400.00 |
| Interpreter<br>12/15/2025<br>Korean Interpreter for one and half days of trial: parties agreed to split equally. | Jia Choi | $700.00 | 1.00 | $700.00 |
| Local travel<br>12/15/2025<br>Path to and from World Trade Center ($2.85 x 2); Subway to and from EDNY ($2.90 x 2) | Youngchae Cho | $11.50 | 1.00 | $11.50 |
| Local travel<br>12/15/2025<br>Milage to and from EDNY to attend trial ($36.4: 52 miles @ 0.70/mile), Toll: $25.4, parking: $16 | Ryan J Kim | $77.80 | 1.00 | $77.80 |
| Local travel<br>12/16/2025<br>Milage to and from EDNY to attend trial ($36.4: 52 miles @ 0.70/mile), Toll: $25.4, parking: $16 | Ryan J Kim | $77.80 | 1.00 | $77.80 |
| Local travel<br>12/16/2025<br>Path to and from World Trade Center ($2.85 x 2); Subway to and from EDNY ($2.90 x 2) | Youngchae Cho | $11.50 | 1.00 | $11.50 |
| Uncategorized<br>12/16/2025<br>Path to and from World Trade Center ($2.85 x 2); Subway to and from EDNY ($2.90 x 2) | Youngchae Cho | $11.50 | 1.00 | $11.50 |
| Local travel<br>12/17/2025<br>Milage to and from EDNY to attend trial ($36.4: 52 miles @ 0.70/mile), Toll: $25.4, parking: $16 | Ryan J Kim | $77.80 | 1.00 | $77.80 |
| Local travel<br>12/18/2025<br>Milage to and from EDNY to attend trial ($36.4: 52 miles @ 0.70/mile), Toll: $25.4, parking: $16 | Ryan J Kim | $77.80 | 1.00 | $77.80 |
| Uncategorized<br>12/18/2025<br>Trial binders & color tap dividers for 6: $12 each | Ryan J Kim | $72.00 | 1.00 | $72.00 |
| Online research<br>12/28/2025<br>Legal research Lexis subscription fee | Ryan J Kim | $93.03 | 24.00 | $2,232.72 |
| Software Usage Fees<br>12/28/2025<br>Trialpad Trial presentation software subscription fee | Ryan J Kim | $600.00 | 1.00 | $600.00 |

| Expenses | Billed By | Price | Qty | Sub |
|----------|-----------|-------|-----|-----|
| | **Expenses Total:** | | **44.00** | **$13,113.38** |

## Terms & Conditions

Due Upon Receipt

## Account statement

| Date | Item | Amount | Balance |
|------|------|--------|---------|
| 12/28/2025 | Invoice I-126 | $-184,975.38 | $-184,975.38 |
| **12/28/2025** | **Current Balance** | | **$-184,975.38** |