

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
JONG BU WANG,

                    Plaintiff,

           -against-                                 **VERDICT SHEET**
                                                24 CV 672 (CLP)
KEEPER HOLDINGS, INC., STEVEN YANG, and
KATY LEE,

                    Defendants.
---------------------------------------------------------------- X

**POLLAK**, United States Magistrate Judge:

**Question 1: Employer Status of Keeper Holdings**

Has the plaintiff established, by a preponderance of the evidence, that the corporate defendant, Keeper Holdings, Inc. ("Keeper Holdings"), was plaintiff's "employer" under the New York Labor Law for any period between January 30, 2018 to January 15, 2024?

    YES _____ NO ___✓___

*(If you answered "YES" to this question, proceed to the next question.  If you answered "NO" to this question, proceed to Question 2.)*

**Question 1(a):**

If you answered "Yes" to Question 1, during what time period was defendant Keeper Holdings an employer of the plaintiff under the New York Labor Law?

    START: _____ END: _____

*(Regardless of how you answer this question, please proceed to the next question.)*

**Question 2: Hours Actually Worked**

How many hours did plaintiff prove by a preponderance of the evidence that she actually worked for each week between January 30, 2018 and January 15, 2024?

    In order to answer this question, you will need to determine week by week the number of hours plaintiff worked and record those hours on the chart titled "Supplemental Verdict Sheet" that will be provided for you when you return to the jury room.

*(Regardless of how you answer this question, please proceed to the next question.)*

**Question 3: Overtime Liability under the NYLL**

Did the plaintiff prove, by a preponderance of the evidence, that she worked more than 44 hours in any week during the course of her employment?

YES ___✓___    NO _____

*(Regardless of how you answer this question, please proceed to the next question.)*

**Question 4: Spread of Hours Liability under the NYLL**

Did the plaintiff prove, by a preponderance of the evidence, that on any given day the start time and end time of her workday were more than 10 hours apart and she was not paid the required additional "spread of hours" compensation?

YES ___✓___    NO _____

*(If you answered "YES" to this question, proceed to the next question. If you answered "NO" to this question, proceed to Question 5.)*

**Question 4(a):**

If you answered "Yes" to Question 4, on what days did plaintiff's workday span 10 or more hours?

> Again, you have been provided with a chart titled "Supplemental Verdict Sheet" to assist you in indicating the number of days per week plaintiff worked a spread of more than 10 hours and was not paid "spread of hours" pay.

*(Regardless of how you answer this question, please proceed to the next question.)*

**Question 5: Willfulness**

To the extent that the defendants failed to compensate plaintiff the applicable overtime wages, did defendants prove, by a preponderance of the evidence, that they had a good faith basis to believe that their underpayment of wages was in compliance with the law?

YES ___✓___    NO _____

## SUPPLEMENTAL VERDICT SHEET

| Period | | Hours Worked Per Workweek | Number of Days Per Workweek That Plaintiff Worked a Spread of More than 10 Hours and Was Not Paid Spread of Hours Pay |
|---|---|---|---|
| From | To | | |
| 1/30/2018 | 2/4/2018 | 50 hours | 5 days (M-F) |
| 2/5/2018 | 2/11/2018 | 50 hours | 5 days (M-F) |
| 2/12/2018 | 2/18/2018 | 50 hours | 5 days (M-F) |
| 2/19/2018 | 2/25/2018 | 50 hours | 5 days (M-F) |
| 2/26/2018 | 3/4/2018 | 50 hours | 5 days (M-F) |
| 3/5/2018 | 3/11/2018 | 50 hours | 5 days (M-F) |
| 3/12/2018 | 3/18/2018 | 50 hours | 5 days (M-F) |
| 3/19/2018 | 3/25/2018 | 50 hours | 5 days (M-F) |
| 3/26/2018 | 4/1/2018 | 50 hours | 5 days (M-F) |
| 4/2/2018 | 4/8/2018 | 50 hours | 5 days (M-F) |
| 4/9/2018 | 4/15/2018 | 50 hours | 5 days (M-F) |
| 4/16/2018 | 4/22/2018 | 50 hours | 5 days (M-F) |
| 4/23/2018 | 4/29/2018 | 50 hours | 5 days (M-F) |
| 4/30/2018 | 5/6/2018 | 50 hours | 5 days (M-F) |
| 5/7/2018 | 5/13/2018 | 50 hours | 5 days (M-F) |
| 5/14/2018 | 5/20/2018 | 50 hours | 5 days (M-F) |
| 5/21/2018 | 5/27/2018 | 50 hours | 5 days (M-F) |
| 5/28/2018 | 6/3/2018 | 50 hours | 5 days (M-F) |
| 6/4/2018 | 6/10/2018 | 50 hours | 5 days (M-F) |
| 6/11/2018 | 6/17/2018 | 50 hours | 5 days (M-F) |
| 6/18/2018 | 6/24/2018 | 50 hours | 5 days (M-F) |
| 6/25/2018 | 7/1/2018 | 50 hours | 5 days (M-F) |
| 7/2/2018 | 7/8/2018 | 50 hours | 5 days (M-F) |
| 7/9/2018 | 7/15/2018 | 50 hours | 5 days (M-F) |
| 7/16/2018 | 7/22/2018 | 50 hours | 5 days (M-F) |
| 7/23/2018 | 7/29/2018 | 50 hours | 5 days (M-F) |

| | | | |
|---|---|---|---|
| 7/30/2018 | 8/5/2018 | 50 hours | 5 days (M-F) |
| 8/6/2018 | 8/12/2018 | 50 hours | 5 days (M-F) |
| 8/13/2018 | 8/19/2018 | 50 hours | 5 days (M-F) |
| 8/20/2018 | 8/26/2018 | 50 hours | 5 days (M-F) |
| 8/27/2018 | 9/2/2018 | 50 hours | 5 days (M-F) |
| 9/3/2018 | 9/9/2018 | 50 hours | 5 days (M-F) |
| 9/10/2018 | 9/16/2018 | 50 hours | 5 days (M-F) |
| 9/17/2018 | 9/23/2018 | 50 hours | 5 days (M-F) |
| 9/24/2018 | 9/30/2018 | 50 hrs | 5 days (M-F) |
| 10/1/2018 | 10/7/2018 | 50 hrs. | 5 days (M-F) |
| 10/8/2018 | 10/14/2018 | 50 hr | 5 days (M-F) |
| 10/15/2018 | 10/21/2018 | 50 hr | 5 day (M-F) |
| 10/22/2018 | 10/28/2018 | 50 hrs | 5 day (M-F) |
| 10/29/2018 | 11/4/2018 | 50 hrs | 5 day (M-F) |
| 11/5/2018 | 11/11/2018 | 50 hrs | 5 day (M-F) |
| 11/12/2018 | 11/18/2018 | 50 hrs | 5 day (M-F) |
| 11/19/2018 | 11/25/2018 | 50 hrs | 5 day (M-F) |
| 11/26/2018 | 12/2/2018 | 50 hr | 5 day (M-F) |
| 12/3/2018 | 12/9/2018 | 50 hrs | 5 day (M-F) |
| 12/10/2018 | 12/16/2018 | 50 hr | 5 days (m-F) |
| 12/17/2018 | 12/23/2018 | 50 hr | 5 day (M-F) |
| 12/24/2018 | 12/30/2018 | 50 hours | 5 days (M-F) |
| 12/31/2018 | 1/6/2019 | 45 hours | 5 days (M-F) |
| 1/7/2019 | 1/13/2019 | 45 hours | 5 days (M-F) |
| 1/14/2019 | 1/20/2019 | 45 hours | 5 days (M-F) |
| 1/21/2019 | 1/27/2019 | 45 hours | 5 days (M-F) |
| 1/28/2019 | 2/3/2019 | 45 hours | 5 days (M-F) |
| 2/4/2019 | 2/10/2019 | 45 hours | 5 days (M-F) |
| 2/11/2019 | 2/17/2019 | 45 hours | 5 days (M-F) |
| 2/18/2019 | 2/24/2019 | 45 hours | 5 days (M-F) |
| 2/25/2019 | 3/3/2019 | 45 hours | 5 days (M-F) |
| 3/4/2019 | 3/10/2019 | 45 hours | 5 days (M-F) |
| 3/11/2019 | 3/17/2019 | 45 hours | 5 days (M-F) |

| | | | |
|---|---|---|---|
| 3/18/2019 | 3/24/2019 | 45 hours | 5 days (M-F) |
| 3/25/2019 | 3/31/2019 | 45 hours | 5 days (M-F) |
| 4/1/2019 | 4/7/2019 | 45 hours | 5 days (M-F) |
| 4/8/2019 | 4/14/2019 | 45 hours | 5 days (M-F) |
| 4/15/2019 | 4/21/2019 | 45 hours | 5 days (M-F) |
| 4/22/2019 | 4/28/2019 | 45 hours | 5 days (M-F) |
| 4/29/2019 | 5/5/2019 | 45 hours | 5 days (M-F) |
| 5/6/2019 | 5/12/2019 | 45 hours | 5 days (M-F) |
| 5/13/2019 | 5/19/2019 | 45 hours | 5 days (M-F) |
| 5/20/2019 | 5/26/2019 | 45 hours | 5 days (M-F) |
| 5/27/2019 | 6/2/2019 | 45 hours | 5 days (M-F) |
| 6/3/2019 | 6/9/2019 | 45 hours | 5 days (M-F) |
| 6/10/2019 | 6/16/2019 | 45 hours | 5 days (M-F) |
| 6/17/2019 | 6/23/2019 | 45 hours | 5 days (M-F) |
| 6/24/2019 | 6/30/2019 | 45 hours | 5 days (M-F) |
| 7/1/2019 | 7/7/2019 | 44 hours | 5 days (M-F) |
| 7/8/2019 | 7/14/2019 | 44 hours | 5 days (M-F) |
| 7/15/2019 | 7/21/2019 | 44 hours | 5 days (M-F) |
| 7/22/2019 | 7/28/2019 | 44 hours | 5 days (M-F) |
| 7/29/2019 | 8/4/2019 | 44 hours | 5 days (M-F) |
| 8/5/2019 | 8/11/2019 | 44 hours | 5 days (M-F) |
| 8/12/2019 | 8/18/2019 | 44 hours | 5 days (M-F) |
| 8/19/2019 | 8/25/2019 | 44 hours | 5 days (M-F) |
| 8/26/2019 | 9/1/2019 | 44 hours | 5 days (M-F) |
| 9/2/2019 | 9/8/2019 | 45 hours | 5 days (M-F) |
| 9/9/2019 | 9/15/2019 | 45 hours | 5 days (M-F) |
| 9/16/2019 | 9/22/2019 | 45 hours | 5 days (M-F) |
| 9/23/2019 | 9/29/2019 | 45 hours | 5 days (M-F) |
| 9/30/2019 | 10/6/2019 | 45 hours | 5 days (M-F) |
| 10/7/2019 | 10/13/2019 | 45 hours | 5 days (M-F) |
| 10/14/2019 | 10/20/2019 | 45 hours | 5 days (M-F) |
| 10/21/2019 | 10/27/2019 | 45 hours | 5 days (M-F) |
| 10/28/2019 | 11/3/2019 | 45 hours | 5 days (M-F) |

| | | | | | |
|---|---|---|---|---|---|
| 11/4/2019 | 11/10/2019 | 45 | hours | 5 | days (M-F) |
| 11/11/2019 | 11/17/2019 | 45 | hours | 5 | days (M-F) |
| 11/18/2019 | 11/24/2019 | 45 | hours | 5 | days (M-F) |
| 11/25/2019 | 12/1/2019 | 45 | hours | 5 | days (M-F) |
| 12/2/2019 | 12/8/2019 | 45 | hours | 5 | days (M-F) |
| 12/9/2019 | 12/15/2019 | 45 | hours | 5 | days (M-F) |
| 12/16/2019 | 12/22/2019 | 45 | hours | 5 | days (M-F) |
| 12/23/2019 | 12/29/2019 | 45 | hours | 5 | days (M-F) |
| 12/30/2019 | 12/30/2019 | 45 | hours | 5 | days (M-F) |
| 12/31/2019 | 1/5/2020 | 45 | hours | 5 | days (M-F) |
| 1/6/2020 | 1/12/2020 | 45 | hours | 5 | days (M-F) |
| 1/13/2020 | 1/19/2020 | 45 | hours | 5 | days (M-F) |
| 1/20/2020 | 1/26/2020 | 45 | hours | 5 | days (M-F) |
| 1/27/2020 | 2/2/2020 | 45 | hours | 5 | days (M-F) |
| 2/3/2020 | 2/9/2020 | 45 | hours | 5 | days (M-F) |
| 2/10/2020 | 2/16/2020 | 45 | hours | 5 | days (M-F) |
| 2/17/2020 | 2/23/2020 | 45 | hours | 5 | days (M-F) |
| 2/24/2020 | 3/1/2020 | 45 | hours | 5 | days (M-F) |
| 3/2/2020 | 3/8/2020 | 45 | hours | 5 | days (M-F) |
| 3/9/2020 | 3/15/2020 | 45 | hours | 5 | days (M-F) |
| 3/16/2020 | 3/22/2020 | 44 | hours | ∅ | |
| 3/23/2020 | 3/29/2020 | 44 | hours | ∅ | |
| 3/30/2020 | 4/5/2020 | 44 | hours | ∅ | |
| 4/6/2020 | 4/12/2020 | 44 | hours | ∅ | |
| 4/13/2020 | 4/19/2020 | 44 | hours | ∅ | |
| 4/20/2020 | 4/26/2020 | 44 | hours | ∅ | |
| 4/27/2020 | 5/3/2020 | 44 | hours | ∅ | |
| 5/4/2020 | 5/10/2020 | 44 | hours | ∅ | |
| 5/11/2020 | 5/17/2020 | 44 | hours | ∅ | |
| 5/18/2020 | 5/24/2020 | 44 | hours | ∅ | |
| 5/25/2020 | 5/31/2020 | 44 | hours | ∅ | |
| 6/1/2020 | 6/7/2020 | 44 | hours | ∅ | |
| 6/8/2020 | 6/14/2020 | 44 | hours | ∅ | |

| | | | |
|---|---|---|---|
| 6/15/2020 | 6/21/2020 | 44 hours | Ø |
| 6/22/2020 | 6/28/2020 | 44 hours | Ø |
| 6/29/2020 | 7/5/2020 | 44 hours | Ø |
| 7/6/2020 | 7/12/2020 | 44 hours | Ø |
| 7/13/2020 | 7/19/2020 | 44 hours | Ø |
| 7/20/2020 | 7/26/2020 | 44 hours | Ø |
| 7/27/2020 | 8/2/2020 | 44 hours | Ø |
| 8/3/2020 | 8/9/2020 | 44 hours | Ø |
| 8/10/2020 | 8/16/2020 | 44 hours | Ø |
| 8/17/2020 | 8/23/2020 | 44 hours | Ø |
| 8/24/2020 | 8/30/2020 | 44 hours | Ø |
| 8/31/2020 | 9/6/2020 | 44 hours | Ø |
| 9/7/2020 | 9/13/2020 | 44 hours | Ø |
| 9/14/2020 | 9/20/2020 | 44 hours | Ø |
| 9/21/2020 | 9/27/2020 | 44 hours | Ø |
| 9/28/2020 | 10/4/2020 | 44 hours | Ø |
| 10/5/2020 | 10/11/2020 | 44 hours | Ø |
| 10/12/2020 | 10/18/2020 | 44 hours | Ø |
| 10/19/2020 | 10/25/2020 | 44 hours | Ø |
| 10/26/2020 | 11/1/2020 | 44 hours | Ø |
| 11/2/2020 | 11/8/2020 | 44 hours | Ø |
| 11/9/2020 | 11/15/2020 | 44 hours | Ø |
| 11/16/2020 | 11/22/2020 | 44 hours | Ø |
| 11/23/2020 | 11/29/2020 | 44 hours | Ø |
| 11/30/2020 | 12/6/2020 | 44 hours | Ø |
| 12/7/2020 | 12/13/2020 | 44 hours | Ø |
| 12/14/2020 | 12/20/2020 | 44 hours | Ø |
| 12/21/2020 | 12/27/2020 | 44 hours | Ø |
| 12/28/2020 | 12/30/2020 | 44 hours | Ø |
| 12/31/2020 | 1/3/2021 | 44 hours | Ø |
| 1/4/2021 | 1/10/2021 | 44 hours | Ø |
| 1/11/2021 | 1/17/2021 | 44 hours | Ø |
| 1/18/2021 | 1/24/2021 | 44 hours | Ø |

| | | | |
|---|---|---|---|
| 1/25/2021 | 1/31/2021 | 44 | 0 |
| 2/1/2021 | 2/7/2021 | 44 | 0 |
| 2/8/2021 | 2/14/2021 | 44 | 0 |
| 2/15/2021 | 2/21/2021 | 44 | 0 |
| 2/22/2021 | 2/28/2021 | 44 | 0 |
| 3/1/2021 | 3/7/2021 | 44 | 0 |
| 3/8/2021 | 3/14/2021 | 44 | 0 |
| 3/15/2021 | 3/21/2021 | 44 | 0 |
| 3/22/2021 | 3/28/2021 | 44 | 0 |
| 3/29/2021 | 4/4/2021 | 44 | 0 |
| 4/5/2021 | 4/11/2021 | 44 | 0 |
| 4/12/2021 | 4/18/2021 | 44 | 0 |
| 4/19/2021 | 4/25/2021 | 44 | 0 |
| 4/26/2021 | 5/2/2021 | 44 | 0 |
| 5/3/2021 | 5/9/2021 | 44 | 0 |
| 5/10/2021 | 5/16/2021 | 44 | 0 |
| 5/17/2021 | 5/23/2021 | 44 | 0 |
| 5/24/2021 | 5/30/2021 | 44 | 0 |
| 5/31/2021 | 6/6/2021 | 44 | 0 |
| 6/7/2021 | 6/13/2021 | 44 | 0 |
| 6/14/2021 | 6/20/2021 | 44 | 0 |
| 6/21/2021 | 6/27/2021 | 44 | 0 |
| 6/28/2021 | 7/4/2021 | 44 | 0 |
| 7/5/2021 | 7/11/2021 | 44 | 0 |
| 7/12/2021 | 7/18/2021 | 44 | 0 |
| 7/19/2021 | 7/25/2021 | 44 | 0 |
| 7/26/2021 | 8/1/2021 | 44 | 0 |
| 8/2/2021 | 8/8/2021 | 44 | 0 |
| 8/9/2021 | 8/15/2021 | 44 | 0 |
| 8/16/2021 | 8/22/2021 | 44 | 0 |
| 8/23/2021 | 8/29/2021 | 44 | 0 |
| 8/30/2021 | 9/5/2021 | 44 | 0 |
| 9/6/2021 | 9/12/2021 | 44 | 0 |

| | | | |
|---|---|---|---|
| 9/13/2021 | 9/19/2021 | 44 | 0 |
| 9/20/2021 | 9/26/2021 | 44 | 0 |
| 9/27/2021 | 10/3/2021 | 44 | 0 |
| 10/4/2021 | 10/10/2021 | 44 | 0 |
| 10/11/2021 | 10/17/2021 | 44 | 0 |
| 10/18/2021 | 10/24/2021 | 44 | 0 |
| 10/25/2021 | 10/31/2021 | 44 | 0 |
| 11/1/2021 | 11/7/2021 | 44 | 0 |
| 11/8/2021 | 11/14/2021 | 44 | 0 |
| 11/15/2021 | 11/21/2021 | 44 | 0 |
| 11/22/2021 | 11/28/2021 | 44 | 0 |
| 11/29/2021 | 12/5/2021 | 44 | 0 |
| 12/6/2021 | 12/12/2021 | 44 | 0 |
| 12/13/2021 | 12/19/2021 | 44 | 0 |
| 12/20/2021 | 12/26/2021 | 44 | 0 |
| 12/27/2021 | 12/30/2021 | 44 | 0 |
| 12/31/2021 | 1/2/2022 | 44 | 0 |
| 1/3/2022 | 1/9/2022 | 44 | 0 |
| 1/10/2022 | 1/16/2022 | 44 | 0 |
| 1/17/2022 | 1/23/2022 | 44 | 0 |
| 1/24/2022 | 1/30/2022 | 44 | 0 |
| 1/31/2022 | 2/6/2022 | 44 | 0 |
| 2/7/2022 | 2/13/2022 | 44 | 0 |
| 2/14/2022 | 2/20/2022 | 44 | 0 |
| 2/21/2022 | 2/27/2022 | 44 | 0 |
| 2/28/2022 | 3/6/2022 | 44 | 0 |
| 3/7/2022 | 3/13/2022 | 44 | 0 |
| 3/14/2022 | 3/20/2022 | 44 | 0 |
| 3/21/2022 | 3/27/2022 | 44 | 0 |
| 3/28/2022 | 4/3/2022 | 44 | 0 |
| 4/4/2022 | 4/10/2022 | 44 | 0 |
| 4/11/2022 | 4/17/2022 | 44 | 0 |
| 4/18/2022 | 4/24/2022 | 44 | 0 |

| | | | |
|---|---|---|---|
| 4/25/2022 | 5/1/2022 | 44 | ∅ |
| 5/2/2022 | 5/8/2022 | 44 | ∅ |
| 5/9/2022 | 5/15/2022 | 44 | ∅ |
| 5/16/2022 | 5/22/2022 | 44 | ∅ |
| 5/23/2022 | 5/29/2022 | 44 | ∅ |
| 5/30/2022 | 6/5/2022 | 44 | ∅ |
| 6/6/2022 | 6/12/2022 | 44 | ∅ |
| 6/13/2022 | 6/19/2022 | 44 | ∅ |
| 6/20/2022 | 6/26/2022 | 44 | ∅ |
| 6/27/2022 | 7/3/2022 | 44 | ∅ |
| 7/4/2022 | 7/10/2022 | 44 | ∅ |
| 7/11/2022 | 7/17/2022 | 44 | ∅ |
| 7/18/2022 | 7/24/2022 | 44 hours | ∅ |
| 7/25/2022 | 7/31/2022 | 48 hours | 5 days (M-F) |
| 8/1/2022 | 8/7/2022 | 48 | 5 days (M-F) |
| 8/8/2022 | 8/14/2022 | 48 | 5 days |
| 8/15/2022 | 8/21/2022 | 48 | 5 |
| 8/22/2022 | 8/28/2022 | 48 | 5 |
| 8/29/2022 | 9/4/2022 | 48 | 5 |
| 9/5/2022 | 9/11/2022 | 48 | 5 |
| 9/12/2022 | 9/18/2022 | 48 | 5 |
| 9/19/2022 | 9/25/2022 | 48 | 5 |
| 9/26/2022 | 10/2/2022 | 48 | 5 |
| 10/3/2022 | 10/9/2022 | 48 | 5 |
| 10/10/2022 | 10/16/2022 | 48 | 5 |
| 10/17/2022 | 10/23/2022 | 48 | 5 |
| 10/24/2022 | 10/30/2022 | 48 | 5 |
| 10/31/2022 | 11/6/2022 | 48 | 5 |
| 11/7/2022 | 11/13/2022 | 48 | 5 |
| 11/14/2022 | 11/20/2022 | 48 | 5 |
| 11/21/2022 | 11/27/2022 | 48 | 5 |
| 11/28/2022 | 12/4/2022 | 48 | 5 |
| 12/5/2022 | 12/11/2022 | 48 | 5 |

| | | | |
|---|---|---|---|
| 12/12/2022 | 12/18/2022 | 4 8 | 5 |
| 12/19/2022 | 12/25/2022 | 4 8 | 5 |
| 12/26/2022 | 12/30/2022 | 4 8 | 5 |
| 12/31/2022 | 1/1/2023 | 4 8 | 5 |
| 1/2/2023 | 1/8/2023 | 4 8 | 5 |
| 1/9/2023 | 1/15/2023 | 4 8 | 5 |
| 1/16/2023 | 1/22/2023 | 4 8 | 5 |
| 1/23/2023 | 1/29/2023 | 4 8 | 5 |
| 1/30/2023 | 2/5/2023 | 4 8 | 5 |
| 2/6/2023 | 2/12/2023 | 4 8 | 5 |
| 2/13/2023 | 2/19/2023 | 4 8 | 5 |
| 2/20/2023 | 2/26/2023 | 4 8 | 5 |
| 2/27/2023 | 3/5/2023 | 4 8 | 5 |
| 3/6/2023 | 3/12/2023 | 4 8 | 5 |
| 3/13/2023 | 3/19/2023 | 4 8 | 5 |
| 3/20/2023 | 3/26/2023 | 4 8 | 5 |
| 3/27/2023 | 4/2/2023 | 4 8 | 5 |
| 4/3/2023 | 4/9/2023 | 4 8 | 5 |
| 4/10/2023 | 4/16/2023 | 4 8 | 5 |
| 4/17/2023 | 4/23/2023 | 4 8 | 5 |
| 4/24/2023 | 4/30/2023 | 4 8 | 5 |
| 5/1/2023 | 5/7/2023 | 4 8 | 5 |
| 5/8/2023 | 5/14/2023 | 4 8 | 5 |
| 5/15/2023 | 5/21/2023 | 4 8 | 5 |
| 5/22/2023 | 5/28/2023 | 4 8 | 5 |
| 5/29/2023 | 6/4/2023 | 4 8 | 5 |
| 6/5/2023 | 6/11/2023 | 4 8 | 5 |
| 6/12/2023 | 6/18/2023 | 4 8 | 5 |
| 6/19/2023 | 6/25/2023 | 4 8 | 5 |
| 6/26/2023 | 7/2/2023 | 4 8 | 5 |
| 7/3/2023 | 7/9/2023 | 4 8 | 5 |
| 7/10/2023 | 7/16/2023 | 4 8 | 5 |
| 7/17/2023 | 7/23/2023 | 4 8 | 5 |

| | | | |
|---|---|---|---|
| 7/24/2023 | 7/30/2023 | 48 | 5 |
| 7/31/2023 | 8/6/2023 | 48 | 5 |
| 8/7/2023 | 8/13/2023 | 48 | 5 |
| 8/14/2023 | 8/20/2023 | 48 | 5 |
| 8/21/2023 | 8/27/2023 | 48 | 5 |
| 8/28/2023 | 9/3/2023 | 48 | 5 |
| 9/4/2023 | 9/10/2023 | 48 | 5 |
| 9/11/2023 | 9/17/2023 | 48 | 5 |
| 9/18/2023 | 9/24/2023 | 48 | 5 |
| 9/25/2023 | 10/1/2023 | 48 | 5 |
| 10/2/2023 | 10/8/2023 | 48 | 5 |
| 10/9/2023 | 10/15/2023 | 48 | 5 |
| 10/16/2023 | 10/22/2023 | 48 | 5 |
| 10/23/2023 | 10/29/2023 | 48 | 5 |
| 10/30/2023 | 11/5/2023 | 48 | 5 |
| 11/6/2023 | 11/12/2023 | 48 | 5 |
| 11/13/2023 | 11/19/2023 | 48 | 5 |
| 11/20/2023 | 11/26/2023 | 48 | 5 |
| 11/27/2023 | 12/3/2023 | 48 | 5 |
| 12/4/2023 | 12/10/2023 | 48 | 5 |
| 12/11/2023 | 12/17/2023 | 48 | 5 |
| 12/18/2023 | 12/24/2023 | 48 | 5 |
| 12/25/2023 | 12/30/2023 | 48 | 5 |
| 12/31/2023 | 12/31/2023 | 48 | 5 |
| 1/1/2024 | 1/7/2024 | 48 | 5 |
| 1/8/2024 | 1/15/2024 | 48 | 5 |