# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Jong Bu Wang <br> *Plaintiff* <br> v. <br> Keeper Holdings, Inc. et.al <br> *Defendant* | ) ) ) ) ) Civil Action No. 1:24-cv-00672-PCG |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☑ the plaintiff *(name)* Jong Bu Wang recover from the defendant *(name)* Keeper Holdings, Inc et.al the amount of Five thousand one hundred sixty-eight dollars and seventy-five cents dollars ($ 5,168.75 ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☐ other:

This action was *(check one)*:

☑ tried by a jury with Judge Cheryl L. Pollak presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date: 02/05/2026

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*